Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
David K. Nguyen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID K. NGUYEN, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 8:17-cv-01335-MRW <br><br> ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: February 16, 2018

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| DATE: February 6, 2018 | Respectfully submitted, | |
| | LAW OFFICES OF LAWRENCE D. ROHLFING | |
| | BY: /s/ *Denise Bourgeois Haley* | |
| | Denise Bourgeois Haley | |
| | Attorney for plaintiff David K. Nguyen | |

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 8:17-CV-01335-GW-MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 6, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____